IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSLYVANIA

In the Matter of:                    } Case No. 07-22062-TPA
                                     }
 Donna M. Payne,                     } Chapter 13
                                     }
            Debtor                   } Related to Doc. No. 1

### AFFIDAVIT OF NO INCOME

I, Donna M. Payne, by signing below, acknowledge that I have not received any reportable 1099 or W2 income for the six months prior to filing my bankruptcy case.

**/s/ Donna M. Payne**

**4/26/07**
DATE